Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
Kelly R. Kichline, Bar No. 10642
kelly.kichline@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant American Casino and Entertainment Properties LLC d/b/a Stratosphere Casino, Hotel & Tower*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JONES,<br><br>PLAINTIFF,<br><br>v.<br><br>AMERICAN CASINO AND ENTERTAINMENT PROPERTIES LLC d/b/a STRATOSPHERE CASINO, HOTEL & TOWER; ROE CORPORATIONS I through X, inclusive; DOES I through X, inclusive,<br>    DEFENDANTS. | Case No.: 2:12-cv-00046-JCM-RJJ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Michael L. Jones and Defendant American Casino and Entertainment Properties LLC d/b/a Stratosphere

///

///

///

JACKSON LEWIS LLP
LAS VEGAS

Casino, Hotel & Tower, through their undersigned counsel, that the above matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 6th day of November, 2012.

| KRISTINA S. HOLMAN | JACKSON LEWIS LLP |
|---|---|
| /s/Kristina S. Holman<br>Kristina S. Holman, NV Bar No. 3742<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff* | /s/Kelly R. Kichline<br>Paul T. Trimmer, NV Bar No. 9291<br>Kelly R. Kichline, NV Bar No. 10642<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant American Casino and Entertainment Properties LLC d/b/a Stratosphere Casino, Hotel & Tower* |

**IT IS SO ORDERED.**

_____
U.S. District Court Judge

Dated: November 8, 2012

4819-5454-9009, v. 1

-2-